

United States Government

**NATIONAL LABOR RELATIONS BOARD**

**OFFICE OF THE GENERAL COUNSEL**

Washington, D.C. 20570

May 31, 2024

*VIA ECF*
Mr. Lyle W. Cayce
Clerk of the Court
United States Court of Appeals
 for the Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130

    RE:   *Capstone Logistics v. NLRB*
            5th Cir. No. 23-60513

Dear Mr. Cayce:

    Briefing in this case was completed in March of 2024. Oral argument has not yet been scheduled. Board counsel respectfully notifies the Court that it will be unavailable for oral argument on the following dates:

    August 5-8, 2024.

    Thank you for your attention to this matter.

                        Sincerely,

                        s/Greg P. Lauro
                        Greg P. Lauro
                        Attorney
                        National Labor Relations Board
                        1015 Half Street, SE
                        Washington, DC 20570
                        (202) 273-2965